UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2022
```

KAMAH NYANWLEH, on behalf of herself and others similarly situated,

    Plaintiff,

v.

PRIME STAFFING LLC, CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, LINCOLN HOSPITAL AUXILIARY, INC., JACOBI MEDICAL CENTER AUXILIARY INC., NEW YORK-PRESBYTERIAN HEALTHCARE SYSTEM, INC., and DOES NOS. 1-10,

    Defendants.

Case No.: 1:21-cv-06357(AT)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ordered by the Court, that:

(a) the parties' settlement, including the settlement of claims under the Fair Labor Standards Act, is fair and reasonable; and

(b) the above-captioned action and all causes of action that were or could have been asserted therein, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party; and

(c) the Court shall retain jurisdiction of this matter for the sole purposes of enforcing the parties' settlement.

{02724662.DOCX;1 }                              8

| | |
|---|---|
| **DAWKINS & WARRINGTON LAW GROUP, L.L.C.** | **SCHENCK PRICE SMITH & KING, LLP** |
| By: *Clifford D. Dawkins, Jr.*<br>Clifford D. Dawkins, Esq.<br>239 New Road<br>Suite B205<br>Parsippany, NJ 07054<br>(201) 919-5458<br>Cliff@dawkinswarrington.com<br>*Attorneys for Plaintiff* | By: *Joseph Maddaloni, Jr.*<br>Joseph Maddaloni, Jr.<br>220 Park Avenue<br>Florham Park, NJ 07932<br>(973) 539-1000<br>jmj@spsk.com<br>*Attorneys for Prime Staffing, LLC* |
| Dated: 2.28.2022 | Dated: 3.28.2022 |
| **EPSTEIN BECKER & GREEN, P.C.** | **CORPORATION COUNSEL OF THE CITY OF NEW YORK** |
| By: [signature]<br>John Houston Pope, Esq.<br>875 Third Avenue<br>New York, NY 10022<br>(212) 351-4500<br>JHPope@ebglaw.com<br>*Attorneys for The New York and Presbyterian Hospital (sued herein as "New York-Presbyterian Healthcare System, Inc.")* | By: [signature]<br>Amanda C. Croushore, Esq.<br>100 Church Street<br>2nd Floor<br>New York, NY 10007-2601<br>(212) 356-4074<br>acrousho@law.nyc.gov<br>*Attorneys for the City of New York* |
| Dated: Feb. 25, 2022 | Dated: February 16, 2022 |

**SO ORDERED:** [signature]

6/8/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE